IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



U.S. COURT OF APPEALS
**FILED**
JUN 1 1 2007
CHARLES R. FULBRUGE III
CLERK

No. 07-60160
USDC No. 4:06-CR-27-1

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

CORNELL LUCIOUS,

    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
--------------------

O R D E R:

The Federal Public Defender, court-appointed counsel for Cornell Lucious, has filed a motion to withdraw as counsel, and Lucious has filed a motion for the appointment of substitute counsel. Lucious and his attorney have failed to demonstrate "a conflict of interest or other most pressing circumstances" sufficient to justify appointment of substitute counsel. See FIFTH CIRCUIT PLAN UNDER THE CJA, § 5(B). Accordingly, the motions to withdraw as counsel and for appointment of substitute counsel are DENIED.

FOR THE COURT:

                                  MICHAEL E. SCHNEIDER
                                  DEPUTY CLERK